# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Kiprono Kirui, | No. CV-25-02012-PHX-KML (ASB) |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Leon, et al., | |
| Defendants. | |

On February 19, 2026, Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R") recommending the dismissal of plaintiff's complaint regarding three defendants who have not been served. (Doc. 31.) No objections were filed and the R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 31) is **ADOPTED** and defendants Leon, Coluarus, and Kirk are **DISMISSED WITHOUT PREJUDICE**.

Dated this 30th day of March, 2026.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**